IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD KRACL,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL WHITAKER, as Administrator of the Federal Aviation Administration,<br><br>            Defendant. | **8:24CV96**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the Plaintiff's Motion to Dismiss with Prejudice (Filing No. 15). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay their own costs and fees.

Dated this 27th day of June, 2024.

                                                  BY THE COURT:

                                                  s/ Joseph F. Bataillon<br>
                                                  Senior United States District Judge